AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Jay Connor

*Plaintiff(s)*

v.

Vibrant Healthcare LLC, Ismael Rodriguez Individually and Emilio Gonzalez Individually

*Defendant(s)*

Civil Action No. 2:25-cv-14044-JD-MGB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ismael Rodriguez
2380 NW 7th Street Suite D
Miami, FL 33125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jay Connor
215 East Bay Street
201F
Charleston, SC 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 1/12/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Jay Connor

*Plaintiff(s)*

v.

Vibrant Healthcare LLC, Ismael Rodriguez Individually and Emilio Gonzalez Individually

*Defendant(s)*

Civil Action No. 2:25-cv-14044-JD-MGB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vibrant Healthcare LLC
c/o Sarah Waggoner
906 N1400 W, St. George, UT 84770

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jay Connor
215 East Bay Street
201F
Charleston, SC 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1/12/2026



CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Jay Connor

*Plaintiff(s)*

v.

Vibrant Healthcare LLC, Ismael Rodriguez Individually and Emilio Gonzalez Individually

*Defendant(s)*

Civil Action No. 2:25-cv-14044-JD-MGB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Emilio Gonzalez
2380 NW 7th Street Suite D
Miami, FL 33125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jay Connor
215 East Bay Street
201F
Charleston, SC 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1/12/2026



CLERK OF COURT

*Signature of Clerk or Deputy Clerk*