April 2, 2026

United States District Court
District of South Carolina
Clerk of the Court
PO Box 835
Charleston, South Carolina 29402

Re:     Case: Connor v. Vibrant Healthcare, 2:25-cv-14044-JD-MGB; Request for additional time to respond to the complaint so I can obtain an attorney

Dear Sir or Madam:

My name is Ismael Rodriguez, and I was served with the lawsuit on March 14, 2026. I live in Florida and have had a lot of difficulty obtaining an attorney in South Carolina. I have not been able to find an attorney who is familiar with this type of law and/or can appear in a federal case. I am requesting an additional 45 days to respond to this lawsuit, so I can hire an attorney and they can have enough time to respond. Please grant my request. Thank you for your time and consideration.

Sincerely,

Ismael Rodriguez