

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Apr 03 2026
Mailed from ZIP 32839
1 LB PRIORITY MAIL RATE
ZONE 4
19492227
Commercial

0638001148562B

**P**

endicia

## USPS PRIORITY MAIL ®

ISMAEL  RODRIGUEZ
160 ARCHERS POINT
Longwood FL 32779

| B099 | 0003 |



SHIP TO:  **DISTRICT OF SOUTH CAROLINA
CLERK OF THE COURT
PO BOX 835
CHARLESTON SC 29402 — 0835**

ITEM X-RAYED BY
USMS

BP 4/8/26

---

### USPS TRACKING #

9405 5118 9956 1932 3766 07





