**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| JAY CONNOR,<br><br>        Plaintiff,<br><br>    v.<br><br>VIBRANT HEALTHCARE LLC, ISMAEL RODRIQUEZ INDIVIDUALLY and EMILIO GONZALEZ INDIVIDUALLY,<br><br>        Defendants. | 2:25-CV-14044-JD-MGB |

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Christian H. Staples, Esq. of the firm Shumaker, Loop & Kendrick, LLP, hereby withdraws his notice of appearance previously filed in the above-referenced case as counsel of record for Defendant Vibrant Healthcare LLC.

This the 11th day of May, 2026.

*/s/ Christian H. Staples*
Christian H. Staples – SC Fed. Ct. ID 12118
**Shumaker Loop & Kendrick, LLP**
101 S. Tryon St., Suite 2200
Charlotte, NC 28280
Telephone: 704-375-0057
Facsimile: 704-332-1197
E-Mail: cstaples@shumaker.com

39586400v1