**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

Jay Connor,

          Plaintiff,

          Vs.

Vibrant Healthcare, LLC, Ismael Rodriguez and
Emilio Gonzalez Individually

          Defendants.

C/A No: 2:2025-cv-14044-JD-MGB

**DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

dismisses Vibrant Healthcare, LLC from this action with prejudice.

Dated: May 12, 2026

Respectfully Submitted,

Jay Connor Plaintiff, *Pro Se*
jayc650@hush.com
215 East Bay Street 201-F
Charleston, SC 29401
(843) 557-5724 (Residential)
(843) 913-8357 (Fax)

## CERTIFICATE OF SERVICE

I, Jay Connor, hereby certify that on May 12, 2026, a copy of the foregoing was sent by U.S. Mail to Christian H. Staples, Esq., attorney for Defendant Vibrant Healthcare, LLC, at Shumaker, Loop & Kendrick, LLP 101 South Tryon Street Suite 2200 Charlotte NC, 28280 and electronic mail at cstaples@shumaker.com and Sarah Waggoner, CEO of Vibrant Healthcare, LLC via electronic email at swaggoner@vibranthealthcare.net.

Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401
843-557-5724 (Residential)
Jayc650@hush.com