## CERTIFICATE OF SERVICE

I, Jay Connor, hereby certify that on May 18, 2026, a copy of the foregoing was sent by

U.S. Mail to Ismael Rodriguez at 160 Archers Point, Longwood FL 32779, Christian H. Staples,

Esq., attorney for Defendant Vibrant Healthcare, LLC, at Shumaker, Loop & Kendrick, LLP 101

South Tryon Street Suite 2200 Charlotte NC, 28280.

Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401
843-557-5724 (Residential)
Jayc650@hush.com